**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
ALEXY ROSARIO,

                Petitioner,         07 CIVIL 5907 (VM)

   -against-         **JUDGMENT**

JOHN BURGE, Superintendent,
Elmira Correctional Facility,

                Respondent.
-------------------------------------------------------------X

*[Stamp: U.S. DISTRICT COURT FILED MAR 28 2008 S.D. OF N.Y.]*

**SCANNED**

    A petition for habeas corpus pursuant to 28 U.S.C. § 2254 having been submitted to the Honorable Victor Marrero, United States District Judge, and the Court, on March 27, 2008, having rendered its Decision and Order denying the petition for a writ of habeas corpus, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 27, 2008, the petition for a writ of habeas corpus is denied; accordingly, the case closed; the Court finds that because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability will not issue.

**DATED:** New York, New York
           March 28, 2008

                                **J. MICHAEL McMAHON**
                                    Clerk of Court
                BY:

                                  **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____